```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRYAN HAGER                      :      CIVIL ACTION
                                 :
          v.                     :
                                 :
NATIONAL RAILROAD PASSENGER      :      NO. 23-3536
CORPORATION a/k/a AMTRAK         :
```

ORDER

AND NOW, this 22nd day of January 2024, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)  The motion of defendant National Railroad Passenger Corporation a/k/a Amtrak to compel arbitration and stay proceedings (Doc. # 9) is GRANTED; and

(2)  The claims of plaintiff Bryan Hager asserted in this action against the National Railroad Passenger Corporation a/k/a Amtrak are STAYED pending resolution of any arbitration proceedings.

                              BY THE COURT:

                              /s/  Harvey Bartle III
                                                    J.